**Dismissed and Opinion Filed November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00434-CV

**WORK IT OUT, LLC., Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE AS ASSIGNEE OF INTEREST FROM CITIMORTGAGE, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09125**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

In this title dispute, Work It Out, LLC, appeals the trial court's summary judgment dismissing its claims against Federal National Mortgage Association. In three issues, appellant complains the trial court erred in dismissing its claims.

After appellant filed its brief, this Court notified it by letter that the brief was deficient because it did not contain appropriate citations to the record as required by Texas Rules of Appellate Procedure 38.1(d), (g), and (i). Appellant was given time to cure the deficiency. The letter warned that failure to file a brief that complied with the appellate rules may result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Thereafter, appellant filed what appears to be the exact brief as previously filed, again without any citations to the 302-page clerk's record, fourteen-page first supplemental clerk's record, or the 104-page second supplemental clerk's record. Appellant's brief is deficient under our rules. Although given the opportunity to correct the deficiency, appellant failed to do so. Accordingly, we dismiss the appeal. *See id*. 42.3(b), (c); 43.2(f); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 897 (Tex. App.—Dallas 2010, no pet.); *Newman v. Clark*, 113 S.W.3d 622, 623 (Tex. App.—Dallas 2003, no pet.) (per curiam).

140434F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WORK IT OUT, LLC., Appellant

No. 05-14-00434-CV        V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION A/K/A FANNIE MAE, AS
ASSIGNEE OF INTEREST FROM
CITIMORTGAGE, INC., Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-09125.
Opinion delivered by Justice Francis;
Justices Bridges and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Federal National Mortgage Association a/k/a Fannie Mae, as assignee of interest from CitiMortgage, Inc. recover its costs of this appeal from appellant Work It Out, LLC.

Judgment entered November 4, 2015.